NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ULTRAVISION TECHNOLOGIES, LLC,**

*Appellant*

**v.**

**GLUX VISUAL EFFECTS TECH (SHENZHEN) CO., LEYARD OPTOELECTRONIC CO., SHENZHEN LIANTRONICS CO., LTD., UNILUMIN GROUP CO., LTD.,**

*Appellees*

---

2022-1344

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01052.

---

**JUDGMENT**

---

PETER LAMBRIANAKOS, Fabricant LLP, Rye, NY, argued for appellant. Also represented by ALFRED ROSS FABRICANT, JOSEPH M. MERCADANTE, VINCENT J. RUBINO, III.

JORDAN BOCK, Goodwin Procter LLP, Boston, MA, argued for appellees. Also represented by KEVIN PAUL

MARTIN; NAOMI BIRBACH, LINNEA P. CIPRIANO, New York, NY; MONTE COOPER, Redwood City, CA; PATRICK MCCARTHY, Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 13, 2023          /s/ Peter R. Marksteiner
Date                     Peter R. Marksteiner
                         Clerk of Court